**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

JESUS SEGOVIANO GUTIERREZ,

Petitioner,

v.

MARKYWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security; TODD M. LYONS, Acting Director of U.S. Immigration and Customs Enforcement; PATRICK DIVVER, San Diego Field Office Director of U.S. Immigration and Customs Enforcement; CHRISTOPHER J. LAROSE, Warden of the Otay Mesa Detention Center; SCOTT LADWIG, New Orleans Field Office Acting Director of U.S. Immigration and Customs Enforcement and Removal Operations; and WARDEN, Adams County Correctional Center in Natchez, Mississippi,

Respondents.

Case No.: 3:26-cv-06569-BTM-JAC

**ORDER REQUIRING SUPPLEMENTAL BRIEFING**

//

The Respondents are ordered to file supplemental briefing no later than Thursday, December 3, 2026 responding to the Petitioner's argument that the Court should exercise jurisdiction over this case under an exception to the district-of-confinement rule. *See Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004); *see also*, *Miller v. Hambrick*, 905 F.2d 259, 262 (9th Cir. 1990).

**IT IS SO ORDERED.**

Dated: November 23, 2026

Honorable Barry Ted Moskowitz
United States District Judge